# 15 MAG 3369

DOCKET No. __15mg__                    DEFENDANT: __Jeff C. Yin__

AUSA __Daniel Ritchenthal__            DEF.'S COUNSEL __Sabrina Shroff__
                                       ☐ RETAINED   ☑ FEDERAL DEFENDERS   ☐ CJA

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST __9/19/2015__   ☐ VOL. SURR.
                                                        TIME OF ARREST __9:30 a.m.__   ☐ ON WRIT
☐ Other: _____                               TIME OF PRESENTMENT __2:45 p.m.__

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☑ $ __1,000,000.00__ PRB
☑ __Three__ FRP
☑ SECURED BY $ __250,000__ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION    ☑ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☑ HOME INCARCERATION    ☐ HOME DETENTION    ☐ CURFEW   ☑ ELECTRONIC MONITORING
☑ OTHER CONDITIONS __All co-signers need to be family members; defendant will reside with his mother in California.__

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☑ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: __All conditions BUT NOT BEFORE FRIDAY SEPTEMBER 25.__ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

DOC # 6

U.S. DISTRICT COURT FILED SEP 19 2015 S.D. OF N.Y.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY        ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED               ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED               ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING __10/5/2015__       ☐ ON DEFENDANT'S CONSENT

DATE: __9/19/15__

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE    PINK - U.S. ATTORNEY'S OFFICE    YELLOW - U.S. MARSHAL    GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2